UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER AQUILINE-SMITH, Plaintiff | : | CIVIL ACTION |
| V. | : | |
| UNITRIN DIRECT PROPERTY AND CASUALTY COMPANY | : | NO. 10 3590 |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, Unitrin Direct Property and Casualty Company, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_July 22, 2010_              _[signature]_
      Date                                       Signature

Counsel for: Defendant, Unitrin Direct Property and Casualty Company.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.

JUL 2 2 2010